IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Acton No. 05-cv-02673-PSF-CBS

JAMIE CYR and
JONATHAN CYR, as parents and next friends of
TATUM CYR, a minor, and
JAMIE CYR and
JONATHAN CYR, individually,

    Plaintiffs,

v.

CHRISTOPHER J. ROACH, M.D.,
LEANNE E. JORDAN, M.D.,
FOUR CORNERS OB/GYN, a Professional LLP, and
MERCY MEDICAL CENTER OF DURANGO, a Colorado Non-Profit Corporation,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

    This matter comes before the Court on the parties' Motion and Stipulation for Dismissal of Defendant Mercy Medical Center of Durango (Dkt. # 22). The Court hereby

    ORDERS that plaintiffs' claims and this action are DISMISSED WITH PREJUDICE against Defendant Mercy Medical Center of Durango, each party to bear his, her or its own costs. It is FURTHER ORDERED that the caption in the above-referenced matter shall be revised accordingly.

    DATED: March 9, 2006

                                               BY THE COURT:

                                               *s/ Phillip S. Figa*
                                               _____
                                               Phillip S. Figa
                                               United States District Judge