IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02673-PSF-CBS

JAMIE CYR and JONATHAN CYR, as parents and next friends of
TATUM CYR, a minor;
JAMIE CYR, individually; and
JONATHAN CYR, individually,

      Plaintiffs,

v.

CHRISTOPHER J. ROACH, M.D.;
LEANNE E. JORDAN, M.D.; and
FOUR CORNERS OB/GYN, a professional LLP,

      Defendants.

_____

**ORDER**
_____

      The Stipulated Motion for Dismissal Without Prejudice **(Dkt. # 29)** is GRANTED. It is therefore

      ORDERED that this matter be and hereby is DISMISSED without prejudice, the parties to bear their own attorneys' fees and costs.

      DATED April 24, 2006.

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge